# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 1:09-CR-00024-002 LJO |
| RICHARD CAMPOS GUIZAR ) | USM No: 64346-097 |
| ) | |
| Date of Original Judgment: 07/06/2010 ) | |
| Date of Previous Amended Judgment: ) | David Porter |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  108 months  months **is reduced to**  97 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  07/06/2010  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  06/26/2015                                    /s/ Lawrence J. O'Neill
                                                                            *Judge's signature*

Effective Date:  11/01/2015                              Honorable Lawrence J. O'Neill
*(if different from order date)*                          *Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: RICHARD CAMPOS GUIZAR
CASE NUMBER: 1:09-CR-00024-002 LJO
DISTRICT: Eastern District of California

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: 27      Amended Total Offense Level: 26
Criminal History Category: I           Criminal History Category: I
Previous Guideline Range: 70 to 87 months      Amended Guideline Range: 63 to 78 months

## II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

## III. ADDITIONAL COMMENTS